## FRANK VINCI *v.* ZONING BOARD OF APPEALS OF THE TOWN OF SOUTHINGTON (14142)

O'Connell, Landau and Hennessy, Js.

Argued January 19—decision released February 13, 1996

*Peter M. Sipples*, for the appellant (plaintiff).

*Michael A. Zizka*, for the appellee (named defendant).

*Anthony A. Denorfia*, for the appellee (defendant David Chevrolet, Inc.).

PER CURIAM. The judgment is affirmed.